```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0052--CR (RRB)
                  "USA V GLADE R. LUSK ET AL"
                     DEF 1.1 LUSK, GLADE R.

        Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/21/05
             Closed:  NO
  No. of Defendants:  2
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: NO
   Needs interpreter: NO
   Counsel of record: John M. Murtagh
                      Law Office of John M. Murtagh
                      1101 W. 7th Avenue
                      Anchorage, AK 99501
                      907-274-8664
                      FAX 907-258-6419
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 LUSK, GLADE R.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |
| 1 - 1 IND | 2 | 21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0052--CR (RRB)
                               "USA V GLADE R. LUSK ET AL"
                              DEF 2.1 O'CONNOR, MATTHEW J.

                   Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  06/21/05
             Closed:  NO
  No. of Defendants:  2
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
   Needs interpreter: NO
   Counsel of record: Robert M. Herz
                      425 G Street, Suite 600
                      Anchorage, AK 99501
                      907-277-7171
                      FAX 907-277-0281
                      Serve: YES
                       Type: CJA
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Crandon H. Randell
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 2.1 O'CONNOR, MATTHEW J.
```

| Document  | Count | Citation and Description | Disposition |
|-----------|-------|--------------------------|-------------|
| 1 -  1 IND | 1 | 21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |
| 1 -  1 IND | 2 | 21:841(a)(1) & (b)(1)(C) & 859 DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21 (F) | Pending |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                             "USA V GLADE R. LUSK ET AL"

                                 For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 06/21/05
           Closed: NO
No. of Defendants: 2


Document #   Filed      Docket text

 NOTE -  1   06/21/05   [Re: DEF 1] Issued WOA.

 NOTE -  2   06/21/05   [Re: DEF 2] Issued WOA.

    1 -  1   06/21/05   [Re: DEF 1-2] PLF 1 Indictment.

    2 -  1   06/21/05   [Re: DEF 1-2] JDR Grand Jury Minutes re Indt Secret; WOA to be issued re
                        D1 & D2; no bail set.

 NOTE -  3   07/08/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/7/05.

 NOTE -  4   07/08/05   [Re: DEF 2] USM Notice of Arrest; defendant arrested 7/7/05.

 NOTE -  5   07/08/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

    3 -  1   07/08/05   [Re: DEF 1] USM Return of WOA executed 7/7/05.

    4 -  1   07/08/05   [Re: DEF 2] USM Return of WOA executed 7/7/05.

    5 -  1   07/11/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                        7/11/05); FPD to appoint CJA cnsl, FPD notified; def pleas not guilty to
                        cts 1 and 2 of the Indt; def detained; det hrg/cont arr on Indt set for
                        7/13/05 at 9:30 a.m.; cc: USA, FPD, USM, USPO, Judge Sedwick.

    6 -  1   07/11/05   [Re: DEF 2] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                        7/11/05); FPD to appoint CJA cnsl, FPD notified; def detained; det
                        hrg/cont arr on indt set for 7/13/05 at 10:30 a.m.; cc: USA, FPD, USM,
                        USPO, Judge Sedwick.

    7 -  1   07/12/05   [Re: DEF 1] Financial Affidavit.

    8 -  1   07/12/05   [Re: DEF 1] JDR Order of Detention Pending Hearing set for 7/13/05 at
                        9:30 a.m. cc: USA, USM, USPO, FPD CJA Clerk

    9 -  1   07/12/05   [Re: DEF 2] Financial Affidavit.

   10 -  1   07/12/05   [Re: DEF 2] JDR Order of Detention Pending Hearing set for 7/13/05 at
                        10:30 a.m. cc: USA, USM, USPO, FPD CJA Clerk

   11 -  1   07/12/05   DEF 2 Attorney Appearance of R. Herz.

   12 -  1   07/13/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: cont arr on Indt
                        (held 7/13/05); det uncontested; ptms due 8/4/05; cnsl advised of trial
                        date.  cc: USA, J. MURTAGH, USM, USPO, Judge Sedwick

   13 -  1   07/13/05   [Re: DEF 1] JDR Order regarding preparation for trial; cnsl to meet and
                        confer 7/14/05; ptms due 8/4/05.  cc: USA, J. MURTAGH

   14 -  1   07/13/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, J. MURTAGH,
                        USPO, USM

ACRS: R_RDSDX                  As of 12/01/05 at 2:55 PM by GARRY                       Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                            "USA V GLADE R. LUSK ET AL"

                                   For all filing dates

Document #   Filed      Docket text

  15 -   1   07/13/05   [Re: DEF 2] JDR Court Minutes [ECR: Robin Carter] Re: cont arr on Indt
                        (held 7/13/05); def plead not guilty to Cts 1&2 of Indt; det
                        uncontested; ptms due 8/4/05; cnsl advised of trial date of 9/8/05. cc:
                        USA, R. HERZ, USM, USPO, Judge Sedwick

  16 -   1   07/13/05   [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, R. HERZ, USM,
                        USPO

  17 -   1   07/13/05   [Re: DEF 2] JDR Order regarding preparation for trial; ptms due 8/4/05;
                        cnsl to meet and confer by 7/14/05.  cc: USA, R. HERZ

  18 -   1   07/13/05   DEF 1 Attorney Appearance of J. Murtagh.

  19 -   1   07/14/05   [Re: DEF 1] PLF 1 Disc Conference Certificate.

  20 -   1   07/14/05   [Re: DEF 2] PLF 1 Disc Conference Certificate.

  21 -   1   07/14/05   [Re: DEF 1] CJA 20 appointment of J. Murtagh.

  22 -   1   07/14/05   [Re: DEF 2] CJA 20 appointment of R. Herz.

  23 -   1   07/15/05   [Re: DEF 1-2] JWS Minute Order setting TBJ on 9/8/05 @ 9:00 a.m. & FPTC
                        on 9/8/05 @ 8:30 a.m. cc: USA, J. Murtagh, R. Herz, USM, USPO, MJ
                        Roberts, JC

  24 -   1   07/21/05   {SEALED}

  25 -   1   07/21/05   DEF 1 Unopposed to declare case complex pursuant to USC
                        3161(h)(8)(B)(ii) and to continue trial.

  26 -   1   07/22/05   [Re: DEF 1-2] JWS Order a hrg on def's non-opposed motion to declare
                        case complex and to continue trial dkt 25 is set for 7/28/05 at 9:00
                        a.m.    cc: AUSA, J. Murtagh, R. Herz, USM, USPO, MJ Roberts

  27 -   1   07/28/05   [Re: DEF 1-2] JWS Court Minutes [ECR: Caroline Edmiston] granting motion
                        Unopposed to declare case complex and to continue trial (25-1);  re:
                        Hearing on Non-Opposed Motion to Declare Case Complex and to Continue
                        Trial (DKT 25); Court found excludable delay under 18 U.S.C. Section
                        3161 (h)(8)(A)(B) Continuance granted; (h)(8)(B)(i) Failure to continue
                        would top further proceedings or result in miscarriage of justice and
                        (h)(8)(B)(ii) Case unusual or complex; FPTC & TBJ set 09/09/05 at 8:30
                        and 9:00 a.m. Vacated; FPTC & TBJ set 11/02/05 at 8:30 a.m. and 9:00
                        a.m.; court directed parties to confer with MJ Roberts re amending
                        pretrial motion deadlines; Defendant's detention continued. CC: USA, J.
                        Murtagh, R. Herz, USM, USPO, Magistrate Judge Roberts, Jury Clerk.

  28 -   1   07/29/05   {SEALED}

  29 -   1   07/29/05   DEF 2 motion (request) for bail hearing.

  28 -   2   08/01/05   {SEALED}

  30 -   1   08/01/05   [Re: DEF 2] TWH Order granting motion (request) for bail hearing (29-1).
                        Bail hrg is set for 8/3/05 at 2:30 p.m. in courtroom #6.  cc: AUSA, R.
                        Herz, USM, UPSO, MJ Roberts

  24 -   2   08/02/05   {SEALED}

ACRS: R_RDSDX                 As of 12/01/05 at 2:55 PM by GARRY                     Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                   "USA V GLADE R. LUSK ET AL"

                                         For all filing dates


 Document #     Filed      Docket text

    31 -   1    08/02/05   DEF 2 motion on shortend time to vacate bail heariing & reset for later
                           date .

    32 -   1    08/03/05   [Re: DEF 2] TWH Order granting motion on shortend time to vacate 8/3/05
                           bail hearing (31-1); Bail Hrg RESET for 8/11/05 at 9:30 a.m. cc: USA, R.
                           Herz, USM, USPO

    33 -   1    08/08/05   DEF 1-2 motion (joint) to reset PTM's scheduled due to continuance of
                           trial.

    34 -   1    08/09/05   [Re: DEF 1-2] JWS Minute Order re planning conference set for 8/11/05 at
                           10:0 a.m. cc: USA, J. Murtagh, R. Herz, USM, USPO

    35 -   1    08/11/05   [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] re Bail Review
                           Hearing (held 8/11/05); witnesses heard; court ruled; def's detention
                           continued; witness list att.  cc:  USA, R. Herz, USM, USPO, Judge
                           Sedwick

    36 -   1    08/11/05   [Re: DEF 1-2] JDR Court Minutes [ECR: Linda Christensen] re Planning
                           Conference (held 8/11/05); PTMs due date extended to 9/14/05. cc:  USA,
                           J. Murtagh, R. Herz, Judge Sedwick

    37 -   1    08/11/05   [Re: DEF 1-2] JDR AMENDED Order regarding preparation for trial; PTMs
                           due date extended to 9/14/05.  cc:  USA, J. Murtagh, R. Herz

    38 -   1    09/14/05   DEF 1 motion to sever defendants: Bruton w/att exh.

    39 -   1    09/14/05   DEF 1 Unopposed motion for an order granting an additional 7 days (until
                           9/21/05) to file defense motion to suppress proceeds of search warrant
                           execution w/att aff.

    40 -   1    09/14/05   DEF 2 Unopposed motion for an extension of time until 9/23/05 to file
                           additional motions.

    41 -   1    09/14/05   DEF 2 motion to suppress defendant's statements w/att memo.

    42 -   1    09/14/05   DEF 2 motion to sever defendant's case.

    43 -   1    09/14/05   DEF 2 motion to suppress: unlawful search of apartment & medical records
                           w/att memo.

    44 -   1    09/16/05   [Re: DEF 1] JDR Order granting unopposed motion for an order granting an
                           additional 7 days (until 9/21) to file mot to suppress proceeds of SW
                           execution (39-1). cc: USA, J. Murtagh

    45 -   1    09/16/05   [Re: DEF 2] JDR Order granting unopposed motion for an extension of time
                           until 9/21/05 to file additional motiosn (40-1). cc: USA, R. Herz

    46 -   1    09/16/05   [Re: DEF 2] JDR Minute Order re evident hrg on mot to suppress (43-1)
                           set for 10/3/05 at 10:00 a.m.; evident hrg on mot to suppress (41-1) set
                           for 10/3/05 at 1:30 p.m. cc: USA, R. Herz, USM, USPO

    47 -   1    09/16/05   {SEALED}

    48 -   1    09/16/05   {SEALED}
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
"USA V GLADE R. LUSK ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 49 - 1 | 09/20/05 | DEF 2 motion on shortened time to ext time to file supp briefing on mot to suppress: unlawful search of aprtment & medical records. |
| 50 - 1 | 09/20/05 | DEF 2 motion on shortened time to reschedule evidentiary hearing. |
| 51 - 1 | 09/21/05 | [Re: DEF 2] JDR Order granting motion on shortened time to reschedule evidentiary hearing (50-1); evident hrg set for 10/3/05 at 10:00 a.m. re doc #43 is RESET for 10/5/05 at 10:00 a.m.; evident hrg set for 10/3/05 at 1:30 p.m. re doc #41 will proceed as scheduled cc: USA, R. Herz, USM, USPO |
| 52 - 1 | 09/21/05 | [Re: DEF 2] JDR Order granting motion on shortened time to ext time to file supp briefing on mot to suppress: unlawful search of apartment & medical records (49-1); supp briefing due 9/28/05. cc: USA, R, Herz |
| 53 - 1 | 09/23/05 | DEF 2 Unopposed motion to accept defendant's motion as late filed w/att prop mot to dismiss indt. |
| 54 - 1 | 09/23/05 | [Re: DEF 2] PLF 1 opposition (response) to DEF 2 motion to sever defendant's case (42-1). |
| 55 - 1 | 09/26/05 | [Re: DEF 2] JDR Order granting unoppo mot to accept def's mot as late fld (53-1). cc: USA, J. Murtagh, R. Herz |
| 56 - 1 | 09/26/05 | DEF 2 motion to dismiss indictment w/att memo & exhs. |
| 57 - 1 | 09/26/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever defendants: Bruton (38-1). |
| 58 - 1 | 09/27/05 | DEF 1 joinder to DEF 2 motion to suppress: unlawful search of apartment & medical records (43-1) . |
| 59 - 1 | 09/27/05 | DEF 1 joinder to DEF 2 motion to dismiss indictment (56-1). |
| 60 - 1 | 09/28/05 | Initial R&R re: DEF 1 motion to sever defendants: Bruton (38-1); Recommended be denied; Objections due NOON 10/07/05. Reply due NOON 10/13/05. cc: USA, J. Murtagh, R. Herz, Judge Sedwick |
| 60 - 2 | 09/28/05 | Initial R&R re: DEF 2 motion to sever defendant's case (42-1); Recommended be denied; Objections due NOON 10/07/05. Reply due NOON 10/13/05. cc: USA, J. Murtagh, R. Herz, Judge Sedwick |
| 61 - 1 | 09/29/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress defendant's statements (41-1). |
| 62 - 1 | 09/29/05 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion to suppress: unlawful search of apartment & medical records (43-1). |
| 63 - 1 | 09/30/05 | [Re: DEF 1-2] PLF 1 (response) opposition to DEF 2 motion to dismiss indictment (56-1) w/att exhs. |
| 64 - 1 | 10/04/05 | [Re: DEF 1-2] JDR Minute Order re evident hrg on mot to suppress (43-1) prev set for 10/5 is VACATED. cc: USA, J. Murtagh, R. Herz, USM, USPO |
| 65 - 1 | 10/04/05 | [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Evid Hrg on Deft's Motion to Suppress Deft's Statements (held 10/3/05); re Motn to Suppress Search (dkt 43) govt to file search warrants by 10/6/05; |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                            "USA V GLADE R. LUSK ET AL"

                                  For all filing dates

 Document #   Filed      Docket text
 ----------   -----      ----------
                         response by 10/7/05; matter continued to 10/7/05 at 10:00 a.m.  cc: USA,
                         R. Herz, USM, USPO, J. Murtagh

   66 -  1   10/05/05    [Re: DEF 2] JDR Minute Order continued evidentiary hrg re ckt 41 is set
                         for 10/6/05 at 3:30 p.m. in Courtroom #6.  cc: AUSA, R. Herz, USM, USPO

   67 -  1   10/06/05    {SEALED}

   68 -  1   10/06/05    Initial R&R re: DEF 2 motion to dismiss indictment (56-1); Recommending
                         be denied; Objections due NOON 10/14/05. Reply due NOON 10/19/05. cc:
                         USA, J. Murtagh, R. Herz, Judge Sedwick

   69 -  1   10/07/05    [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Cont. Evid Hrg
                         on Deft's Motion to Suppress Deft's Statements (held 10/6/05);
                         transcript ordered; continued to 10/7/05 at 10:00 am.  cc: USA, R. Herz,
                         USM, USPO

   70 -  1   10/11/05    [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Cont Evid Hrg on
                         Deft's Mot to Suppress Deft's Statements (held 10/7/05); written closing
                         arguments due 10/15/05; optional reply due by COB 10/19/05.  cc: USA, R.
                         Herz, Judge Sedwick

   71 -  1   10/11/05    [Re: DEF 2] JDR Amended Court Minutes [ECR: Elisa Singleton] re Cont.
                         Evidentiary Hearing on Deft's Mot to Suppress Deft's Stmts (held
                         10/7/05); dkt 67 sealed; written closing arguments due 10/15/05; written
                         reply due cob 10/19/05.  cc: USA, R. Herz, Judge Sedwick

   72 -  1   10/11/05    DEF 1 Notice of continued unavailability of cnsl for Lusk for trial date
                         of 11/2/05.

   72 -  2   10/11/05    DEF 1 motion for status hearing before the District Court.

   73 -  1   10/13/05    [Re: DEF 1-2] JWS Minute Order terminating in light of this ord: mot to
                         sever defs: Bruton (38-1), mot to sever def's case (42-1). cc: USA, J.
                         Murtagh, R. Herz, MJ Roberts

   74 -  1   10/13/05    [Re: DEF 1-2] JWS Minute Order granting mot for stat hrg before the
                         District Court (72-2); stat conf set 10/17/05 @ 9:30 a.m.; defs may
                         appear telephonically. cc: USA, J. Murtagh, R. Herz, USM, USPO

   75 -  1   10/14/05    [Re: DEF 2] PLF 1 Unopposed motion on shortened time to extend time to
                         submit written closing arguments w/att memo.

   76 -  1   10/17/05    [Re: DEF 2] JDR Minute Order granting unopposed motion on shortened time
                         to extemd time to submit written closing arguments (75-1); written
                         closing arguments due 10/18/05; replies due 10/21/05. cc: USA, R. Herz

   77 -  1   10/17/05    [Re: DEF 1-2] JWS Court Minutes [ECR: Elisa Singleton] re Status Conf
                         (held 10/17/05); tbj set for 11/2/05 vacated and reset to 12/5/05; FPTC
                         set for 8:30 am, tbj set for 9:00 a.m.; crt found excludable delay.  cc:
                         USA, J. Murtagh, R. Herz, USM, USPO, Jury Clerk, Judge Roberts

   78 -  1   10/18/05    [Re: DEF 1-2] JWS Order adopting R&R; denying mot to dismiss indt (56-1)
                         & joinder (59-1). cc: USA, J. Murtagh, R. Herz, MJ Roberts

   79 -  1   10/18/05    [Re: DEF 2] PLF 1 written final argument to DEF 2 motion to suppress
                         defendant's statements (41-1).
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                              "USA V GLADE R. LUSK ET AL"

                                   For all filing dates


 Document #    Filed     Docket text

   80 -   1   10/19/05   [Re: DEF 2] Transcript re Evid. Hrg on Deft's Mot to Suppress Deft's
                         Statements - 1st day (held 10/3/05).

   81 -   1   10/19/05   [Re: DEF 2] Transcript re Cont Evid Hrg on Deft's Mot to Suppress Deft's
                         Statements - 2nd day (held 10/6/05).

   82 -   1   10/19/05   [Re: DEF 2] Transcript re Cont Evid Hrg on Deft's Mot to Suppress Deft's
                         Statements - 3rd day (held 10/7/05).

   83 -   1   10/21/05   Initial R&R re: DEF 2 motion to suppress: unlawful search of apartment &
                         medical records (43-1); Recommended be denied; Objections due NOON
                         11/04/05. Reply due NOON 11/10/05. cc: USA, J. Murtagh, R. Herz, Judge
                         Sedwick

   84 -   1   10/24/05   DEF 2 Unopposed motion to accept reply in support of motion to suppress
                         statements as late filed w/att prop reply.

   85 -   1   10/26/05   [Re: DEF 2] JDR Order granting unopposed motion to accept reply in
                         support of motion to suppress statement (84-1). cc: USA, R. Herz

   86 -   1   10/26/05   DEF 2 reply argument re motion to suppress defendant's statements
                         (41-1).

   87 -   1   11/01/05   Initial R&R re: DEF 2 motion to suppress defendant's statements (41-1);
                         Objections due NOON 11/14/05. Reply due NOON 11/18/05. cc: USA, R. Herz,
                         Jude Sedwick

   88 -   1   11/01/05   {SEALED}

   89 -   1   11/01/05   {SEALED}

   90 -   1   11/02/05   {SEALED}

   91 -   1   11/02/05   {SEALED}

   92 -   1   11/07/05   {SEALED}

   92 -   2   11/09/05   {SEALED}

   93 -   1   11/10/05   {SEALED}

   94 -   1   11/14/05   [Re: DEF 1-2] JWS Minute Order adopting R&R & denying mot to suppress:
                         unlawful search of apartment & medical records (43-1). cc: USA, J.
                         Murtagh, R. Herz, MJ Roberts

   93 -   2   11/17/05   {SEALED}

   95 -   1   11/21/05   DEF 1 motion (expedited) for status hearing.

   96 -   1   11/22/05   [Re: DEF 1-2] RRB Minute Order granting mot (expedited) for stat hrg
                         (95-1); stat hrg set before Judge Beistline on 11/23/05 @ 9:00 a.m.. cc:
                         USA, J. Murtagh, R. Herz, USM, USPO, Judge Sedwick

   97 -   1   11/23/05   [Re: DEF 1-2] RRB Court Minutes [ECR: Linda Christensen] re Status Hrg
                         (held 11/23/05); TBJ set for 12/5/05 vacated; crt granted plt Rule 13
                         mot for joint trial and defts joinder in A05-0107 CR (RRB); crt to
                         confer w/Judge Sedwick; order to be issued advising cnsl of name of
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0052--CR (RRB)
                                 "USA V GLADE R. LUSK ET AL"

                                       For all filing dates

 Document #    Filed       Docket text
 ----------    -----       -----------
                           trial judge, new trial date in Jan 2006 and date for FPTC.  cc:  USA, J.
                           Murtagh, R. Herz, H. FLeischer, USM, USPO, MJ Roberts, Judge Sedwick

    98 -   1  11/30/05     [Re: DEF 1-2] JWS Minute Order reassigning case to Judge Beistline for
                           all further proceedings; use case number A05-0052 CR (RRB) on all future
                           filings. cc: USA, J. Murtagh, R. Herz, USM, USPO, MJ Roberts

    99 -   1  11/30/05     (CERTIFIED COPY)[Re: DEF 1-2] All future filings to be filed in A05-0107
                           CR (RRB).  RRB Minute Order request that case A05-0107 CR (RRB) and
                           A05-052 CR (JWS) be joined is granted.
```