UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   GLADE R. LUSK

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk   CASE NO. 3:05-cr-00052-RRB

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS** DATE: February 24, 2006

No objections having been filed, the Government's Motion to Dismiss, filed at Docket 102 is GRANTED. A Judgment of Discharge shall issue regarding charges in 3:05-cr-00052-RRB.

[]{IA.WPD*Rev.12/96}