UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )   Case No. 3:05-cr-00052-RRB
v.                                  )
                                    )
GLADE R. LUSK,                      )
                                    )
            Defendant.              )
_____)


**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)


      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

      The court has granted the motion of the government for dismissal with prejudice of the offense(s) of

**DISTRIBUTION OF A CONTROLLED SUBSTANCE TO A PERSON UNDER AGE 21**

as charged in count(s) **1 AND 2** of the **Indictment.**

      **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

  **DATED** at Anchorage, Alaska, this 24 day of February, 2006.


                                    _____
                                    RALPH R. BEISTLINE
                                    United States District Judge


[305-CR-52-RRB-JUDGMENT.wpd]{DISCHARG.WPD*Rev.07/03}